# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5247**

**September Term, 2021**

**1:21-cv-02224-UNA**

**Filed On:** January 18, 2022

Mary Jo Weidrick,

      Appellant

    v.

Joseph R. Biden, Jr., President of the United
States and Commander in Chief of the United
States Military, et al.,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Wilkins and Jackson, Circuit Judges, and Sentelle, Senior Circuit
             Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to
expedite, it is

**ORDERED AND ADJUDGED** that the district court's order filed September 23,
2021, be affirmed. The district court properly dismissed the complaint as frivolous. See
28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325 (1989) (explaining
that a complaint is frivolous "where it lacks an arguable basis either in law or in fact"). It
is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

**No. 21-5247**                    **September Term, 2021**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk